Alma C. Johnson v. Riter Conley Manufacturing Company.— Motion denied, with ten dollars costs.

Johanna G. Samuel v. Oddie & Stafford.— Motion granted, unless appellant complies with terms stated in order.

In the Matter of Maurice B. Rich.-- Motion granted on condition that respondent have the commission ready to issue within ten days after date of entry of order, and cause same to be executed with due diligence. Order to be settled on notice.

In the Matter of Milton Hart.— Referred to official referee. Order to be settled on notice.

In the Matter of Llewellyn G. Collins.— Respondent disbarred. Order to be settled on notice.

In the Matter of Patrick A. Campbell.— Respondent disbarred. Order to be settled on notice.

Lazar Jacobson, Respondent, v. Samuel Semel, Defendant. Sigmund Semel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jamaica Water Supply Company, a Corporation, Respondent, v. Michael J. Drummond and Walter J. Drummond, Doing Business under the Firm Name and Style of M. J. Drummond & Company, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Ada E. Meyer, Respondent, v. Louis G. Meyer, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Jacob Cohen, Appellant, for the Cancellation of a Certain Judgment of Record, Pursuant to Section 150 of the Debtor and Creditor Law.* American Woolen Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, on *American Woolen Co.* v. *Cohen* (142 App. Div. 880).

Lillian E. Hoffstaetter, Appellant, v. Charles G. Schinkel and Others, as Executors of the Last Will and Testament of Ernst Hoffstaetter, Deceased, Respondents. (Nos. 1 & 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion.

Edith Augusta Lake and Ruth Kilmer Lake Bauer, Respondents, v. Royal P. Hamerschlag and Samuel Hyman, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander H. Silverman, Appellant, v. Louis Ebin and Max Goldberg, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma Friedman, Respondent, v. Social Halls Association, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma M. Stokes, Appellant, v. Hartwell Staples, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob W. Bermant, Surviving Partner of Andrew J. Skinner, Deceased, Appellant, v. William F. Gillies and Others, Respondents.— Order affirmed with ten dollars costs and disbursements. No opinion.